ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| HEBCO, Inc. | ) | ASBCA Nos. 62222, 62234 |
| | ) | |
| Under Contract No. FA8222-12-D-0011 | ) | |

APPEARANCES FOR THE APPELLANT:     Lauren R. Brier, Esq.
                                                              Matthew E. Kreiser, Esq.
                                                                PilieroMazza PLLC
                                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                                                     Air Force Deputy Chief Trial Attorney
                                                                   Christopher M. Judge-Hilborn, Esq.
                                                                   Aaron J. Weaver, Esq.
                                                                     Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE WOODROW

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $75,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: January 5, 2022

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

_____            _____
RICHARD SHACKLEFORD                     J. REID PROUTY
Administrative Judge                     Administrative Judge
Acting Chairman                          Vice Chairman
Armed Services Board                     Armed Services Board
of Contract Appeals                      of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62222, 62234, Appeals of HEBCO, Inc., rendered in conformance with the Board's Charter.

Dated:  January 5, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2